THOMAS A. HARTIGAN, Respondent, v. WALTER S. RAE, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date of the examination to be fixed in the order. The court will not test the sufficiency of the complaint on a motion of this character. (See discussion in *Lord Electric Co.* v. *Oak Realty Co.*, 189 App. Div. 481.) Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS A. HARTIGAN, Respondent, v. WALTER S. RAE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the affidavit upon which the application for a bill of particulars was made was not made by the party, nor is the absence of such affidavit explained, nor is personal knowledge sufficiently shown upon the part of the attorney. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SARAH E. MACDONALD, Respondent, v. LOTON H. SLAWSON, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MASON & HANGER COMPANY, Appellant, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PORTUGUESE AMERICAN BANK OF SAN FRANCISCO, Respondent, v. ATLANTIC NATIONAL BANK, Defendant. GEORGE TRACHTENBERG and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLOTTE MILCH, Respondent, v. MORRIS MILCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

S. C. POSNER, INC., Appellant, v. EMANUEL A. JACKSON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, the amended answer to be served within five days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIE M. COWAN, Appellant, v. FLORENCE S. HARKNESS, Individually and as Executrix, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, the amended complaint to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CECIL ROSSI, Appellant, v. WILLIAM PAUL BUCHLER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate denied; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.